THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: McGrathT@LitchfieldCavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendant PBS West, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORVALLIS RADIOLOGY, PC, an Oregon professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>PBS WEST, LLC DBA PBS, a Nevada limited liability company,<br><br>Defendant. | Case No.: 3:26-cv-00542-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT PBS WEST, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[ECF No. 13] |

Plaintiff Corvallis Radiology, PC ("Corvallis Radiology") and Defendant PBS West, LLC d/b/a PBS ("PBS West"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule IA 6-1, and Local Rule 7-1, stipulate and agree as follows:

PBS West's current deadline to answer or otherwise respond to Corvallis Radiology's Complaint is August 3, 2026. PBS West requested, and Corvallis Radiology agreed to, an extension through and including August 17, 2026.

Good cause exists for the requested extension because PBS West's counsel requires additional time to complete its review of the allegations and relevant records, confer with PBS West, and prepare the appropriate response. This is the first request to extend this deadline. The request is made in good faith, not for purposes of delay, and will not prejudice any party.

Accordingly, the parties stipulate and respectfully request that the Court extend PBS West's deadline to answer or otherwise respond to the Complaint from August 3, 2026, through and including August 17, 2026.

Dated: August 3, 2026

**LITCHFIELD CAVO LLP**

______________________________
THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email:McGrathT@LitchfieldCavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendant*

Dated: August 3, 2026

**SPENCER FANE LLP**

/s/ *Jessica Lujan* ________________
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Facsimile: (702) 408-3401
tedwards@spencerfane.com
jlujan@spencerfane.com
*Attorneys for Plaintiff Corvallis Radiology, PC*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2026