THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: McGrathT@LitchfieldCavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendant PBS West, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORVALLIS RADIOLOGY, PC, an Oregon professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>PBS WEST, LLC DBA PBS, a Nevada limited liability company,<br><br>Defendant. | Case No.: 3:26-cv-00542-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT PBS WEST, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Second Request) |

Plaintiff Corvallis Radiology, PC ("Corvallis Radiology") and Defendant PBS West, LLC d/b/a PBS ("PBS West"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule IA 6-1, and Local Rule 7-1, stipulate and agree as follows:

On August 3, 2026, the Court granted the parties' first stipulation and extended PBS West's deadline to answer or otherwise respond to Corvallis Radiology's Complaint through and including August 17, 2026. (ECF No. 14.)

On August 14, 2026, the parties jointly filed their Joint Motion for Referral to a Settlement Conference Before a United States Magistrate Judge, requesting a conference during the weeks of September 14, 2026, or September 21, 2026, or as soon thereafter as the Court's calendar permits. (ECF No. 15.) Good cause exists because the extension will facilitate early settlement while

conserving the parties' and the Court's resources. This is the second request to extend the deadline. It is made in good faith, not for purposes of delay, and will not prejudice any party.

Accordingly, the parties stipulate and respectfully request that the Court extend PBS West's deadline to answer or otherwise respond to the Complaint from August 17, 2026, through and including September 30, 2026.

Dated: August 17, 2026

**LITCHFIELD CAVO LLP**

THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email:McGrathT@LitchfieldCavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendant*

Dated: August 17, 2026

**SPENCER FANE LLP**

/s/ *Christine Fox*

F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
CHRISTINE FOX, ESQ.
Nevada Bar No. 15568
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Facsimile: (702) 408-3401
tedwards@spencerfane.com
jlujan@spencerfane.com
*Attorneys for Plaintiff Corvallis Radiology, PC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2026.